UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

FRANK J. MARTONE, P.C.
1455 BROAD STREET
BLOOMFIELD, NJ 07003
(973) 473-3000
bky@martonelaw.com
Attorneys for Secured Creditor/Servicing Agent
PNC MORTGAGE
36.7516

In re:

KEITH M. LEE and APRIL A. LEE

Case No. 19-22682

Chapter 13

Judge Kathryn C. Ferguson

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PNC MORTGAGE LOAN ENDING IN 4858. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

TO:  Keith M. Lee and April A. Lee, Debtor(s)
     121 Bertram Ave
     South Amboy, NJ 08879

     Warren Brumel, Esq., Attorney for Debtor(s)
     Law Office of Warren Brumel
     P.O. Box 181
     65 Main Street
     Keyport, NJ 07753

     Albert Russo, Esq., Trustee
     Cn 4853
     Trenton, NJ 08650

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

FRANK J. MARTONE, P.C.

By: /s/Christian Del Toro

Dated: 7/10/19                    Christian Del Toro, Esq.

Case 19-22682-MBK    Doc 12    Filed 07/10/19    Entered 07/10/19 13:01:07    Desc Main
Document    Page 2 of 4

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>FRANK J. MARTONE, P.C.<br>1455 BROAD STREET<br>BLOOMFIELD, NJ 07003<br>(973) 473-3000<br>bky@martonelaw.com<br>Attorneys for Secured Creditor/Servicing Agent<br>PNC MORTGAGE<br>36.7516<br><br>In re:<br><br>KEITH M. LEE and APRIL A. LEE | Case No. 18-26744<br><br>Chapter 13<br><br>Judge Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, Jacques Raymond am the Paralegal for Frank J. Martone, Esq., who represents PNC BANK, NATIONAL ASSOCIATION in the above captioned matter.

2. On July 10, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart:

    Notice of Appearance

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                          /s/Jacques Raymond
                                                            Jacques Raymond

Dated: July 10, 2019

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Keith M. Lee and April A. Lee,<br>121 Bertram Ave<br>South Amboy, NJ 08879 | Debtor(s) | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Warren Brumel, Esq.<br>Office of Warren Brumel<br>P.O. Box 181<br>65 Main Street<br>Keyport, NJ 07753 | Debtor(s) Attorney | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>✓ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Albert Russo, Esq.<br>Cn 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>✓ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.