Certificate Number: 03088-NJ-DE-033177841

Bankruptcy Case Number: 19-22682



03088-NJ-DE-033177841

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 29, 2019, at 9:31 o'clock PM CDT, April M Lee completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: July 29, 2019

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor