| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-22682 / MBK**

Keith M. Lee  
April A. Lee

Petition Filed Date: 06/27/2019  
341 Hearing Date: 08/01/2019  
Confirmation Date: 08/28/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $1,014.00 | 64559110 | 02/05/2020 | $1,014.00 | 65326600 | 03/02/2020 | $1,014.00 | 66077580 |
| 04/02/2020 | $1,014.00 | 66854860 | 05/04/2020 | $1,014.00 | 67643560 | 06/03/2020 | $1,014.00 | 68389590 |
| 07/02/2020 | $1,014.00 | 69101340 | 08/03/2020 | $1,014.00 | 69859820 | 09/02/2020 | $1,014.00 | 70592870 |
| 10/02/2020 | $1,014.00 | 71328920 | 11/02/2020 | $1,014.00 | 72059060 | 12/02/2020 | $1,014.00 | 72795310 |
| 01/04/2021 | $1,014.00 | 73506280 | 02/02/2021 | $1,014.00 | 74272280 | | | |

**Total Receipts for the Period: $14,196.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,059.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Keith M. Lee | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren Brumel, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $9,897.86 | $0.00 | $9,897.86 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  SYNCHRONY BANK | Unsecured Creditors | $2,070.96 | $0.00 | $2,070.96 |
| 3 | TD BANK USA NA | Unsecured Creditors | $9,556.48 | $0.00 | $9,556.48 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $9,312.63 | $0.00 | $9,312.63 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,444.72 | $0.00 | $4,444.72 |
| 6 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $2,539.00 | $0.00 | $2,539.00 |
| 7 | EMERGENCY PHYSICIANS ASSOCIATES N. JERS<br>»»  RARITAN BAY MED CENTER | Unsecured Creditors | $234.99 | $0.00 | $234.99 |
| 8 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE/GM | Unsecured Creditors | $14,960.23 | $0.00 | $14,960.23 |
| 9 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CITIBANK/SEARS MC | Unsecured Creditors | $4,835.51 | $0.00 | $4,835.51 |
| 10 | PNC BANK, NA<br>»»  P/121 BERTRAM AVE/1ST MTG | Mortgage Arrears | $26,876.11 | $6,495.48 | $20,380.63 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/LOWES | Unsecured Creditors | $2,319.29 | $0.00 | $2,319.29 |
| 12 | PNC Bank, N.A.<br>»»  P/121 BERTRAM AVE/2ND MRTG/IN FULL | Mortgage Arrears | $23,963.17 | $5,791.48 | $18,171.69 |

**Chapter 13 Case No. 19-22682 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | ALLY CAPITAL | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| | »» 2013 CHEVY MALIBU | No Disbursements: Filed Out of Time - NO NOT | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,059.00 | Plan Balance: | $41,643.00 ** |
| Paid to Claims: | $15,786.96 | Current Monthly Payment: | $1,014.00 |
| Paid to Trustee: | $1,367.74 | Arrearages: | $1,083.00 |
| Funds on Hand: | $1,904.30 | Total Plan Base: | $60,702.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**