| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-22682 / MBK**

Keith M. Lee
April A. Lee

Petition Filed Date: 06/27/2019
341 Hearing Date: 08/01/2019
Confirmation Date: 08/28/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $1,014.00 | 73506280 | 02/02/2021 | $1,014.00 | 74272280 | 03/02/2021 | $1,014.00 | 74943920 |
| 04/05/2021 | $1,014.00 | 75724350 | 05/03/2021 | $1,014.00 | 76440130 | 06/02/2021 | $1,014.00 | 77154320 |
| 07/06/2021 | $1,014.00 | 77839690 | 08/03/2021 | $1,014.00 | 78547870 | 09/02/2021 | $1,014.00 | 79209060 |
| 10/04/2021 | $1,014.00 | 79905240 | 11/02/2021 | $1,014.00 | 80554430 | 12/02/2021 | $1,014.00 | 81199710 |
| 01/03/2022 | $1,014.00 | 81851130 | 02/02/2022 | $1,014.00 | 82506350 | | | |

**Total Receipts for the Period: $14,196.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $31,227.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Keith M. Lee | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren Brumel, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $9,897.86 | $0.00 | $9,897.86 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY BANK | Unsecured Creditors | $2,070.96 | $0.00 | $2,070.96 |
| 3 | TD BANK USA NA | Unsecured Creditors | $9,556.48 | $0.00 | $9,556.48 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $9,312.63 | $0.00 | $9,312.63 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,444.72 | $0.00 | $4,444.72 |
| 6 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $2,539.00 | $0.00 | $2,539.00 |
| 7 | EMERGENCY PHYSICIANS ASSOCIATES N. JERS<br>»» RARITAN BAY MED CENTER | Unsecured Creditors | $234.99 | $0.00 | $234.99 |
| 8 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE/GM | Unsecured Creditors | $14,960.23 | $0.00 | $14,960.23 |
| 9 | MIDLAND CREDIT AS AGENT FOR<br>»» CITIBANK/SEARS MC | Unsecured Creditors | $4,835.51 | $0.00 | $4,835.51 |
| 10 | PNC BANK, NA<br>»» P/121 BERTRAM AVE/1ST MTG | Mortgage Arrears | $26,876.11 | $12,456.89 | $14,419.22 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $2,319.29 | $0.00 | $2,319.29 |
| 12 | PNC Bank, N.A.<br>»» P/121 BERTRAM AVE/2ND MRTG/IN FULL | Mortgage Arrears | $23,963.17 | $11,106.77 | $12,856.40 |

**Chapter 13 Case No. 19-22682 / MBK**

| 13 | ALLY CAPITAL | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|
|  | »» 2013 CHEVY MALIBU | No Disbursements: Filed Out of Time - NO NOT |  |  |  |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,227.00 | Plan Balance: | $29,475.00 ** |
| Paid to Claims: | $27,063.66 | Current Monthly Payment: | $1,014.00 |
| Paid to Trustee: | $2,305.70 | Arrearages: | $1,083.00 |
| Funds on Hand: | $1,857.64 | Total Plan Base: | $60,702.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.