# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
bnicholas@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

**Order Filed on August 1, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  <u>19-22682 MBK</u>

In Re:

    April A. Lee, Keith M. Lee

Debtors.

Adv. No.:

Hearing Date:  6/22/2022 @ 9:00 a.m.

Judge:  <u>Michael B. Kaplan</u>

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 1, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors:  April A. Lee, Keith M. Lee
Case No:  19-22682 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, Brian C. Nicholas, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 121 Bertram Avenue, South Amboy, NJ, 08879, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Warren Brumel, Esq., attorney for Debtor, and for good cause having been shown

   It is **ORDERED, ADJUDGED and DECREED** that as of June 23, 2022 Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due May 2022 through June 2022 for a total post-petition default of $3,433.59 (2 @ $1,726.67, less suspense $19.75); and

   It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $3,433.59 will be paid by Debtor remitting $572.26 for per month for five months and $572.29 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on July 1, 2022 and continue for a period of six months until the post-petition arrears are cured; and

   It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume July 1, 2022, directly to Secured Creditor's servicer, PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

   It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

   It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

   It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $188.00 for filing fees, totaling $538.00, which is to be paid through Debtors' Chapter 13 plan and motion for relief is hereby resolved.