# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u> | |
|---|---|
| Caption in Compliance with D.N.J.LBR 9004-1<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone :609-250-0700<br>dcarlon@kmllawgroup.com<br>PNC Bank, National Association | CASE NO. 19-22682 MBK<br>CHAPTER 13<br>Judge: Michael B. Kaplan |

In re:

April A. Lee
Keith M. Lee

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 03/19/2004
Authorized

I, __Barbara Essman__, employed as __Signer__ by PNC Bank, National Association, hereby certifies the following information:
Recorded on April 26, 2004 in <u>Middlesex</u> County, in Book <u>09560, at</u> Page <u>0848</u>.
Property Address: <u>121 Bertram Ave, South Amboy NJ 08879.</u>

Mortgage Holder: <u>PNC Bank, National Association</u>

Mortgagor(s)/ Debtor(s): <u>April A. Lee, Keith M. Lee</u>

POST-PETITION PAYMENTS (Petition filed on June 27, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| colspan="5" Agreed Order Entered 08/01/2022 | - |
| | | To Suspense | $1,726.67 | 07/05/2022 | $1,726.67 |
| | | To Suspense | $1,726.67 | 07/29/2022 | $3,453.34 |
| $1,781.85 | 07/01/2022 | 07/2022 | From Suspense | 08/08/2022 | $1,671.49 |
| $572.26 AO PMT 1/6 | 07/01/2022 | AO PMT 1/6 | From Suspense | 08/08/2022 | $1,099.23 |
| | | To Suspense | $1,781.85 | 08/25/2022 | $2,881.08 |
| $572.26 AO PMT 2/6 | 08/01/2022 | AO PMT 2/6 | $572.26 | 08/25/2022 | $2,881.08 |
| | | Reversal | ($1,781.85) | 08/31/2022 | $1,099.23 |
| $572.26 AO PMT 3/6 | 09/01/2022 | AO PMT 3/6 | $572.26 | 09/29/2022 | $1,099.23 |
| | | | $1,781.88 | 09/29/2022 | $2,881.11 |
| $1,781.85 | 08/01/2022 | 08/2022 | From Suspense | 09/30/2022 | $1,099.26 |
| $1,781.85 | 09/01/2022 | 09/2022 | $1,781.85 | 10/25/2022 | $1,099.26 |
| $572.26 AO PMT 4/6 | 10/01/2022 | AO PMT 4/6 | $572.26 | 11/21/2022 | $1,099.26 |
| $1,781.85 | 10/01/2022 | 10/2022 | $1,781.85 | 11/28/2022 | $1,099.26 |

| | | | | | |
|---|---|---|---|---|---|
| ($1,781.85) | | Reversal 10/2022 | ($1,781.85) | 12/02/2022 | $1,099.26 |
| $572.26 AO PMT 5/6 | 11/01/2022 | AO PMT 5/6 | $572.29 | 12/14/2022 | $1,099.29 |
| $1,781.85 | 10/01/2022 | 10/2022 | $1,781.85 | 01/03/2023 | $1,099.29 |
| $572.29 AO PMT 6/6 | 12/01/2022 | | $572.29 | 01/23/2023 | $1,099.29 |
| $1,781.85 | 11/01/2022 | 11/2022 | $1,781.85 | 01/27/2023 | $1,099.29 |
| ($1,781.85) | | Reversal 11/2022 | ($1,781.85) | 02/02/2023 | $1,099.29 |
| $1,781.85 | 12/01/2022 | | $0.00 | | $1,099.29 |
| $1,781.85 | 11/01/2022 | | $0.00 | | $1,099.29 |
| $1,781.85 | 01/01/2023 | | $0.00 | | $1,099.29 |
| $1,781.85 | 02/01/2023 | | $0.00 | | $1,099.29 |
| **Total Due: $17,688.39** | | **Total Received: $11,660.28** | | **Arrears: $6,028.11** | |

Continue on attached sheets if necessary.

Monthly payments past due: 4 mos. X $1,781.85
Arrears: $6,028.11

Each current monthly payment is comprised of:
    Principal and Interest:    $1,013.09_____
    R.E. Taxes:    $_____
    Insurance:    $_____
    Other:    $768.76_____    (Specify: Escrow)
    TOTAL    $1,781.85_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
NOPC effective 7/1/2020: $1,697.88
NOPC effective 8/1/2020: $1,687.23
NOPC effective 7/1/2021: $1,726.67
NOPC effective 7/1/2022: $1,781.85

PRE-PETITION ARREARS: $26,876.11

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  February 14, 2023

                                                *Barbara Essman* (signature)
                                                Signature

Barbara Essman, Authorized SIgner