| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>PNC Bank, National Association | **Order Filed on March 8, 2023**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Case No: <u>19-22682 MBK</u><br><br>Chapter: <u>13</u><br><br>Judge: Michael B. Kaplan |
| In re:<br>April A. Lee<br>Keith M. Lee<br><br>Debtor(s) | |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|
| | | |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 8, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of  PNC Bank, National Association, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as 121 Bertram Ave, South Amboy NJ 08879**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:  
Keith M. Lee  
April A. Lee  
    Debtors

Case No. 19-22682-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Mar 08, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Keith M. Lee, April A. Lee, 121 Bertram Avenue, South Amboy, NJ 08879-1421 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Christian Del Toro | on behalf of Creditor PNC Bank  National Association cdeltoro@cdeltorolaw.com, bky@martonelaw.com |
| Christian Del Toro | on behalf of Creditor CONSUMER DEPARTMENT PNC BANK  NATIONAL ASSOCIATION cdeltoro@cdeltorolaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC Bank  National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | |
|---|---|
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Joint Debtor April A. Lee wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| Warren Brumel | on behalf of Debtor Keith M. Lee wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 8