Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−22682−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Keith M. Lee
121 Bertram Avenue
South Amboy, NJ 08879

April A. Lee
121 Bertram Avenue
South Amboy, NJ 08879

Social Security No.:
xxx−xx−7523

xxx−xx−6153

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     7/26/23
Time:     02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Warren Brumel, Debtor's Attorney

COMMISSION OR FEES
fee: $1295.00

EXPENSES
expenses: $0

If this is a chapter 13 case, the fees and expenses awarded:

☑  will not reduce the amount to be paid to general unsecured
   creditors under the plan.

☐  will reduce the amount to be paid to general unsecured
   creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 16, 2023
JAN: km

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-22682-MBK
Keith M. Lee  Chapter 13
April A. Lee
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Jun 16, 2023 | Form ID: 137 | Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Keith M. Lee, April A. Lee, 121 Bertram Avenue, South Amboy, NJ 08879-1421 |
| cr | + | CONSUMER DEPARTMENT PNC BANK, NATIONAL ASSOCIATION, PO BOX 94982, CLEVELAND, OH 44101-4982 |
| 518414865 | | Emergency Physician Associate North Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 518323260 | + | PNC Mortgage, 1900 E 9th St, Cleveland, OH 44114-3404 |
| 518323263 | + | Sheriff of Middlesex County NJ, PO Box 1188, New Brunswick, NJ 08903-1188 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2023 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2023 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518510722 | | Email/Text: ally@ebn.phinsolutions.com | Jun 16 2023 20:44:00 | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| 518323246 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 16 2023 20:44:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 518323248 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 16 2023 20:44:00 | Credit Corp Solutions, Inc., 121 W. Election Road, Suite 200, Draper, UT 84020 |
| 518323247 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2023 20:46:56 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518413792 | | Email/PDF: bncnotices@becket-lee.com | Jun 16 2023 20:46:59 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518336047 | | Email/Text: mrdiscen@discover.com | Jun 16 2023 20:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518323249 | | Email/Text: mrdiscen@discover.com | Jun 16 2023 20:44:00 | Discover Card, PO Box 3025, New Albany, OH 43054-3025 |
| 518414865 | | Email/Text: BNCnotices@dcmservices.com | Jun 16 2023 20:44:00 | Emergency Physician Associate North Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 518323250 | | Email/Text: fggbanko@fgny.com | Jun 17 2023 06:44:00 | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518323251 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 16 2023 20:46:47 | JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 518379623 | + | Email/Text: RASEBN@raslg.com | Jun 16 2023 20:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518372757 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 16 2023 20:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518323253 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 16 2023 20:44:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518323254 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2023 20:46:49 | Lowe's, Att: Bankruptcy Dept, PO Box 103104, Roswell, GA 30076-9104 |
| 518323255 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2023 20:45:00 | MCM, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 518418377 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2023 20:45:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 518323256 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2023 20:46:57 | Meineke & Maaco/Synchrony Car Care, PO Box 965064, Orlando, FL 32896-5064 |
| 518323257 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2023 20:45:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518323258 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2023 20:45:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518447084 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2023 20:44:00 | PNC BANK, NATIONAL ASSOCIATION, PO BOX 94982, CLEVELAND, OH 44101 |
| 518323259 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2023 20:44:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 518430387 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2023 20:44:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518323261 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2023 20:46:59 | Portfolio Recovery Assoc, 120 Corporate Blvd, Att: Bankruptcy Dept, Norfolk, VA 23502 |
| 518323262 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2023 20:46:49 | Portfolio Recovery Associates, 140 Corporate Blvd., Norfolk, VA 23502 |
| 518437048 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2023 20:46:57 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518343364 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2023 20:45:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518348763 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jun 16 2023 20:46:47 | Sprint Corp. Attn: Bankruptcy Dept, P.O Box 7949, Overland Park KS 66207-0949 |
| 518326522 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2023 20:46:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518323264 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2023 20:46:55 | Synchrony Bank PC Richard, PO Box 965036, Orlando, FL 32896-5036 |
| 518365032 | + | Email/Text: bncmail@w-legal.com | Jun 16 2023 20:45:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518323265 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2023 20:46:46 | Walmart, GE Money Bank, Bankruptcy Dept., PO Box 103104, Roswell, GA 30076-9104 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jun 16, 2023 | Form ID: 137 | Total Noticed: 37

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518323252 | ##+ | KML Law Group PC, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Christian Del Toro | on behalf of Creditor PNC Bank National Association cdeltoro@cdeltorolaw.com, bky@martonelaw.com |
| Christian Del Toro | on behalf of Creditor CONSUMER DEPARTMENT PNC BANK NATIONAL ASSOCIATION cdeltoro@cdeltorolaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC Bank National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Joint Debtor April A. Lee wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| Warren Brumel | on behalf of Debtor Keith M. Lee wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 9