UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Keith M. Lee
April A. Lee

Debtor(s)

Order Filed on April 24, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-22682 / MBK

Hearing Date: 04/24/2024

Judge: Michael B. Kaplan

Chapter:  13

# ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: April 24, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 1 of 2

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $59,946.00 paid to date

- Debtor(s) shall remit $1,339.00 per month to the Trustee for 2 months beginning 5/1/2024

- PNC BANK, POC # 10-1, WAS GRANTED STAY RELIEF AND SHALL BE TREATED OUTSIDE THE PLAN. TRUSTEE SHALL MAKE NO FURTHER PAYMENTS ON POC #10-1, AND ANY RESERVED FUNDS SHALL BE RELEASED FOR PAYMENT TO OTHER CREDITORS UNDER THE CONFIRMED PLAN.

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-22682-MBK |
| Keith M. Lee | Chapter 13 |
| April A. Lee | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 24, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Keith M. Lee, April A. Lee, 121 Bertram Avenue, South Amboy, NJ 08879-1421 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Christian Del Toro | on behalf of Creditor PNC Bank National Association cdeltoro@cdeltorolaw.com, bky@martonelaw.com |
| Christian Del Toro | on behalf of Creditor CONSUMER DEPARTMENT PNC BANK NATIONAL ASSOCIATION cdeltoro@cdeltorolaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Apr 24, 2024 | Form ID: pdf903 | Total Noticed: 1

on behalf of Creditor PNC Bank National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Warren Brumel
on behalf of Joint Debtor April A. Lee wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com

Warren Brumel
on behalf of Debtor Keith M. Lee wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com

TOTAL: 9